| | |
|---|---|
| 1 | Sheri M. Thome, Esq.<br>Nevada Bar No. 008657 |
| 2 | **WILSON, ELSER, MOSKOWITZ, EDELMAN & DICKER LLP**<br>300 South Fourth Street, 11th Floor |
| 3 | Las Vegas, Nevada 89101<br>(702) 727-1400; FAX (702) 727-1401 |
| 4 | sheri.thome@wilsonelser.com<br>*Attorneys for Defendant Copperhead Trails Street* |
| 5 | *and Landscape Maintenance Corporation* |

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| THE BANK OF NEW YORK MELLON FKA THE BANK OF NEW YORK, AS TRUSTEE FOR THE BENEFIT OF THE CERTIFICATE HOLDERS OF THE CWALT, INC., ALTERNATIVE LOAN TRUST 2005-64, MORTGAGE PASS THROUGH CERTIFICATES, SERIES 2005-63<br><br>Plaintiff,<br><br>vs.<br><br>CATMINT BPB TRUST; COPPERHEAD TRAILS STREET AND LANDSCAPE MAINTENANCE CORPORATION; DOE INDIVIDUALS I-X Inclusive, And ROE CORPORATIONS I-X, Inclusive,<br><br>Defendants. | CASE NO: 3:16-cv-02173<br><br>**SUBSTITUTION OF ATTORNEY** |

Defendant Copperhead Trails Street and Landscape Maintenance Corporation hereby substitutes WILSON, ELSER, MOSKOWITZ, EDELMAN & DICKER, LLP as its counsel of record in the above-entitled action, in the place and stead of BOYACK BECK & TAYLOR.

DATED: ~~May~~ June 01, 2016

By: _____
[full name], Tyler Medeiros
as authorized agent of
Copperhead Trails Street and Landscape
Maintenance Corporation

960656v.1

Page 1 of 3

1  I hereby WITHDRAW my representation of Defendant Copperhead Trails Street and
2  Landscape Maintenance Corporation in the above-entitled action.
3  DATED: ~~May~~ JUNE 3, 2016

**BOYACK ORME & TAYLOR**

By: /s/ Patrick O.
Edward D. Boyack, Esq.
Nevada Bar No. 005229
Patrick A. Orme, Esq.
Nevada Bar No. 007853
401 N. Buffalo Drive, Suite 202
Las Vegas, NV 89145

I hereby ACCEPT the representation of Defendant Copperhead Trails Street and Landscape Maintenance Corporation in the above-entitled action.

DATED: ~~May~~ June 3, 2016

**WILSON, ELSER, MOSKOWITZ, EDELMAN & DICKER LLP**

By: /s/ Sheri Thome
Sheri M. Thome, Esq.
Nevada Bar No. 008657
300 South Fourth Street, 11th Floor
Las Vegas, NV 89101

IT IS SO ORDERED this 6th day of ~~May,~~ June 2016.

_____
UNITED STATES MAGISTRATE JUDGE

960656v.1

**CERTIFICATE OF SERVICE**

Pursuant to FRCP 5(b), I certify that I am an employee of WILSON, ELSER, MOSKOWITZ, EDELMAN & DICKER LLP, and that on this 6th day of June, 2016 I electronically filed and served a true and correct copy of the foregoing **SUBSTITUTION OF ATTORNEY** to all parties on file with the CM/ECF.

By /s/ Naomi E. Sudranski
An Employee of
WILSON, ELSER, MOSKOWITZ, EDELMAN & DICKER LLP

960656v.1