Sheri M. Thome, Esq.
Nevada Bar No. 008657
I-Che Lai, Esq.
Nevada Bar No. 012247
**WILSON, ELSER, MOSKOWITZ, EDELMAN & DICKER LLP**
300 South Fourth Street, 11th Floor
Las Vegas, Nevada 89101
(702) 727-1400; FAX (702) 727-1401
sheri.thome@wilsonelser.com
i-che.lai@wilsonelser.com
*Attorneys for Defendant and Third-Party Plaintiff*
*Copperhead Trails Street and Landscape Maintenance Corporation*

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| THE BANK OF NEW YORK MELLON FKA THE BANK OF NEW YORK, AS TRUSTEE FOR THE BENEFIT OF THE CERTIFICATE HOLDERS OF THE CWALT, INC., ALTERNATIVE LOAN TRUST 2005-64, MORTGAGE PASS THROUGH CERTIFICATES, SERIES 2005-63<br><br>Plaintiff,<br>vs.<br><br>CATMINT BPB TRUST; COPPERHEAD TRAILS STREET AND LANDSCAPE MAINTENANCE CORPORATION; DOE INDIVIDUALS I-X Inclusive, And ROE CORPORATIONS I-X, Inclusive,<br><br>Defendants.<br><br>AND RELATED CLAIMS | CASE NO: 2:15-cv-02173-JAD-EJY |

### STIPULATION AND ORDER TO EXTEND DEADLINE TO FILE RESPONSE TO PLAINTIFF'S MOTIONS FOR SUMMARY JUDGMENT
**(First Request)**

The Bank of New York Mellon fka The Bank of New York, as Trustee for the Benefit of the Certificate Holders of the CWALT, Inc., Alternative Loan Trust 2005-63, Mortgage Pass Through Certificates, Series 2005-63 ("BoNYM"), Catmint BPB Trust and Business Trust PBB & BPB (collectively "BPB"), and Copperhead Trails Street and Landscape Maintenance Corporation ("Copperhead") hereby stipulate as follows:

    1.    Plaintiff had filed a motion for summary judgment on August 19, 2019. (ECF No. 58.) The response to the motion is due on September 9, 2019.

2. The parties agree that Copperhead will have until **September 18, 2019** to file its response to Plaintiff's motion for summary judgment.

3. This is the first request for an extension of this deadline and is not made for purposes of undue delay, but to allow Copperhead to coordinate arguments to support both a response to Plaintiff's motion and a motion for summary judgment on claims against Copperhead.

| | |
|---|---|
| Dated this 9th day of September, 2019. | Dated this 9th day of September, 2019. |
| **AKERMAN LLP** | **WILSON, ELSER, MOSKOWITZ, EDELMAN & DICKER LLP** |
| /s/Jamie K. Combs | /s/I-Che Lai |
| Darren T. Brenner, Esq.<br>Nevada Bar No. 8386<br>Natalie L. Winslow, Esq.<br>Nevada Bar No. 12125<br>Jamie K. Combs, Esq.<br>Nevada Bar No. 13088<br>1635 Village Center Circle, Suite 200<br>Las Vegas, Nevada 89134<br>*Attorneys for The Bank of New York Mellon fka The Bank of New York, as Trustee* | Sheri M. Thome<br>Nevada Bar No. 8657<br>I-Che Lai<br>Nevada Bar No. 12247<br>300 South Fourth Street, 11th Floor<br>Las Vegas, Nevada 89101<br>*Copperhead Trails Street and Landscape Maintenance Corporation* |

Dated this 6th day of September, 2019.

**DAVID J. WINTERTON & ASSOCIATES, LTD.**

/s/David J. Winterton
David J. Winterton, Esq.
Nevada Bar No. 4142
7881 West Charleston Boulevard, Suite 220
Las Vegas, Nevada 89117
*Attorneys for Catmint BPB Trust & Business Trust PBB & BPB*

## ORDER

IT IS SO ORDERED.

_____
UNITED STATES DISTRICT JUDGE
Dated: September 10, 2019.