DARREN T. BRENNER, ESQ.
Nevada Bar No. 8386
NATALIE L. WINSLOW, ESQ.
Nevada Bar No. 12125
JAMIE K. COMBS, ESQ.
Nevada Bar No. 13088
AKERMAN LLP
1635 Village Center Circle, Suite 200
Las Vegas, NV 89134
Telephone: (702) 634-5000
Facsimile: (702) 380-8572
Email: darren.brenner@akerman.com
Email: natalie.winslow@akerman.com
Email: jamie.combs@akerman.com

*Attorneys for The Bank of New York Mellon fka The Bank of New York, as Trustee for the Benefit of the Certificate Holders of the CWALT, Inc., Alternative Loan Trust 2005-63, Mortgage Pass Through Certificates, Series 2005-63*

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| THE BANK OF NEW YORK MELLON FKA THE BANK OF NEW YORK, AS TRUSTEE FOR THE BENEFIT OF THE CERTIFICATE HOLDERS OF THE CWALT, INC., ALTERNATIVE LOAN TRUST 2005-63, MORTGAGE PASS THROUGH CERTIFICATES, SERIES 2005-63,<br><br>Plaintiff,<br><br>vs.<br><br>CATMINT BPB TRUST; COPPERHEAD TRAILS STREET AND LANDSCAPE MAINTENANCE CORPORATION; DOE INDIVIDUALS I-X, Inclusive, And ROE CORPORATIONS I-X, Inclusive,<br><br>Defendants. | Case No. 2:15-cv-02173-JAD-EJY<br><br>**STIPULATION AND ORDER FOR EXTENSION OF TIME TO EXTEND SUMMARY JUDGMENT BRIEFING SCHEDULE**<br><br>**(FIRST REQUEST)** |

50285599;1

| | |
|---|---|
| 1<br>2<br>3<br>4<br>5<br>6 | COPPERHEAD TRAILS STREET AND LANDSCAPE MAINTENANCE CORPORATION,<br><br>                Third-Party Plaintiff,<br><br>vs.<br><br>ALESSI & KOENIG, LLC, a Nevada Limited Liability Company,<br><br>                Third-Party Defendant |

The Bank of New York Mellon fka The Bank of New York, as Trustee for the Benefit of the Certificate Holders of the CWALT, Inc., Alternative Loan Trust 2005-63, Mortgage Pass Through Certificates, Series 2005-63 (**BoNYM**) and Copperhead Trails Street and Landscape Maintenance Corporation (**Copperhead**), hereby stipulate and agree that BoNYM shall until **October 21, 2019**, to file its reply in support of its summary judgment motion (ECF No. 58) and its response to Copperhead's motion for summary judgment (ECF No. 66). BoNYM's reply is currently due on October 1, 2019, pursuant to ECF No. 65, and its response to Copperhead's motion for summary judgment is currently due on October 8, 2019, pursuant to ECF No. 66.

. . .

. . .

. . .

. . .

. . .

. . .

. . .

. . .

. . .

. . .

. . .

. . .

. . .

. . .

2

This is the parties' first request for an extension of this deadline, and is not intended to cause any delay or prejudice to any party.

DATED this 30th day of September, 2019.

| **AKERMAN LLP** | **WILSON, ELSER, MOSKOWITZ, EDELMAN & DICKER LLP** |
|---|---|
| */s/ Jamie K. Combs*_____<br>DARREN T. BRENNER, ESQ.<br>Nevada Bar No. 8386<br>NATALIE L. WINSLOW, ESQ.<br>Nevada Bar No. 12125<br>JAMIE K. COMBS, ESQ.<br>Nevada Bar No. 13088<br>1635 Village Center Circle, Suite 200<br>Las Vegas, NV 89134<br><br>*Attorneys for The Bank of New York Mellon fka The Bank of New York, as Trustee for the Benefit of the Certificate Holders of the CWALT, Inc., Alternative Loan Trust 2005-63, Mortgage Pass Through Certificates, Series 2005-63* | */s/ I-Che Lai*_____<br>SHERI M. THOME, ESQ.<br>Nevada Bar No. 8657<br>I-CHE LAI, ESQ.<br>Nevada Bar No. 12247<br>300 S. Fourth Street, 11th Floor<br>Las Vegas, NV 89101<br><br>*Attorneys for Copperhead Trails Street and Landscape Maintenance Corporation* |

## ORDER

**IT IS SO ORDERED:**

_____
**UNITED STATES DISTRICT COURT JUDGE**

DATED: 10/2/2019 _____

Nunc Pro Tunc 10/1/19

50285599;1