Sheri M. Thome, Esq.
Nevada Bar No. 008657
I-Che Lai, Esq.
Nevada Bar No. 012247
**WILSON, ELSER, MOSKOWITZ, EDELMAN & DICKER LLP**
300 South Fourth Street, 11th Floor
Las Vegas, Nevada 89101
(702) 727-1400; FAX (702) 727-1401
sheri.thome@wilsonelser.com
i-che.lai@wilsonelser.com
*Attorneys for Defendant and Third-Party Plaintiff*
*Copperhead Trails Street and Landscape Maintenance Corporation*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| THE BANK OF NEW YORK MELLON FKA THE BANK OF NEW YORK, AS TRUSTEE FOR THE BENEFIT OF THE CERTIFICATE HOLDERS OF THE CWALT, INC., ALTERNATIVE LOAN TRUST 2005-64, MORTGAGE PASS THROUGH CERTIFICATES, SERIES 2005-63<br><br>Plaintiff,<br>vs.<br><br>CATMINT BPB TRUST; COPPERHEAD TRAILS STREET AND LANDSCAPE MAINTENANCE CORPORATION; DOE INDIVIDUALS I-X Inclusive, And ROE CORPORATIONS I-X, Inclusive,<br><br>Defendants.<br><br>AND RELATED CLAIMS | CASE NO: 2:15-cv-02173-JAD-EJY<br><br><br><br><br><br><br><br><br><br>[ECF No. 71] |

**ORDER GRANTING STIPULATION TO EXTEND DEADLINE TO FILE REPLY IN SUPPORT OF MOTIONS FOR SUMMARY JUDGMENT**
(First Request)

The Bank of New York Mellon fka The Bank of New York, as Trustee for the Benefit of the Certificate Holders of the CWALT, Inc., Alternative Loan Trust 2005-63, Mortgage Pass Through Certificates, Series 2005-63 ("BoNYM") and Copperhead Trails Street and Landscape Maintenance Corporation ("Copperhead") hereby stipulate as follows:

1. Copperhead had filed a motion for summary judgment on September 17, 2019. (ECF No. 66.) BoNYM had filed an opposition to the motion on October 21, 2019. (ECF No. 70.) The reply to the opposition is currently due on November 4, 2019.

1535681v.1

Page 1 of 2

2. The parties agree that Copperhead will have until **November 18, 2019** to file its reply to BONYM's opposition to the motion for summary judgment.

3. This is the first request for an extension of this deadline and is not made for purposes of undue delay, but to allow Copperhead sufficient time to address arguments raised in BoNYM's opposition to the motion for summary judgment.

Dated this 4th day of November, 2019.                Dated this 4th day of November, 2019.

**AKERMAN LLP**                                      **WILSON, ELSER, MOSKOWITZ,
                                                     EDELMAN & DICKER LLP**

*/s/ Jamie Combs*_____                     */s/ I-Che Lai*_____
Darren T. Brenner, Esq.                              Sheri M. Thome
Nevada Bar No. 8386                                  Nevada Bar No. 8657
Natalie L. Winslow, Esq.                             I-Che Lai
Nevada Bar No. 12125                                 Nevada Bar No. 12247
Jamie K. Combs, Esq.                                 300 South Fourth Street, 11th Floor
Nevada Bar No. 13088                                 Las Vegas, Nevada 89101
1635 Village Center Circle, Suite 200                *Copperhead Trails Street and Landscape*
Las Vegas, Nevada 89134                              *Maintenance Corporation*
*Attorneys for The Bank of New York Mellon fka*
*The Bank of New York, as Trustee*

### Order

Local Rule 7-1(c) states that "[a] stipulation that has been signed by fewer than all the parties or their attorneys will be treated—and must be filed—as a joint motion." This stipulation [ECF No. 71] is between the plaintiff and only one of the two defendants in this case. Accordingly, I treat the stipulation [ECF No. 71] as a joint motion under LR 7-1(c), find good cause, and GRANT it.

_____
U.S. District Judge Jennifer A. Dorsey
DATED: November 4, 2019.

1535681v.1

Page 2 of 2